■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLAYTON BROWN, Appellant. [684 NYS2d 892] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kreindler, J.), rendered January 27, 1997, convicting him of attempted rape in the first degree, sexual abuse in the first degree, and robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Miller, J. P., Sullivan, Friedmann and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS BURNS, Appellant. [684 NYS2d 884] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Cacciabaudo, J.), rendered January 8, 1998, convicting him of murder in the second degree and manslaughter in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the accusatory instruments were not jurisdictionally defective (*see, People v Alejandro,* 70 NY2d 133). Furthermore, having been sentenced in accordance with his plea agreement, the defendant cannot now complain that the sentence was excessive (*see, People v Burk,* 181 AD2d 74; *People v Kazepis,* 101 AD2d 816). Miller, J. P., Thompson, Friedmann and Florio, JJ., concur.